UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MARCY VELASQUEZ,

     Plaintiff,

  v.

FREEDOM LLC,

     Defendant.
_____/

No. 3:12-CV-03641 TEH

ORDER OF DISQUALIFICATION

    Senior District Judge Thelton E. Henderson referred this case to the undersigned for discovery on October 15, 2012. This Americans with Disabilities Act case concerns the building housing the Eureka Division of the United States District Court for the Northern District of California. The undersigned finds that he may therefore have personal knowledge of disputed evidentiary facts in this case, and that his impartiality might reasonably be questioned. *See* 28 U.S.C. §455(a),(b). Accordingly, the undersigned HEREBY DISQUALIFIES himself from presiding over discovery matters in this case.

IT IS SO ORDERED.

Dated: October 16, 2012

NANDOR J. VADAS
United States Magistrate Judge