NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
nshapiro@nshapiro.com

Attorneys for Defendant
FREEDOM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM, LLC, a California Limited Liability Company, and DOES ONE to FIFTY, inclusive,<br><br>Defendants. | **Case No. CV 12-3641 TEH**<br><br>[~~PROPOSED~~] **MODIFYING REQUIREMENTS OF GENERAL ORDER NO. 56** |

Upon Administrative Motion of Defendant Freedom, LLC, and for good cause shown,

IT IS HEREBY ordered that the requirements of in person meetings as described in Paragraphs 3 and 4 of General Order No. 56 are waived for the above-captioned matter, and if resolution of the case is not reached by February 8, 2013, plaintiff shall file a "Notice of Need for Mediation" in a accordance with the provisions of Paragraph 7 of General Order No. 56.

Dated: ____11/28____, 2012        _____
                                                          United States District Judge

[PROPOSED] ORDER MODIFYING REQUIREMENTS OF GENERAL ORDER NO. 56
Case No. CV 12-3641 TEH