UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARCY VELASQUEZ,
    Plaintiff,

v.

FREEDOM, LLC, et al.,
    Defendants.

No. C 12-3641 TEH

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    August 12, 2013
Mediator:    Shirish Gupta

    IT IS HEREBY ORDERED that the request to excuse plaintiff Marcy Velasquez and defendant Freedom, LLC's corporate representative from appearing in person at the August 12, 2013, mediation before Shirish Gupta is GRANTED. The excused individuals shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

July 30, 2013      By: _____
Dated                                       Maria-Elena James
                                               United States Magistrate Judge