1  NEIL L. SHAPIRO (SBN 051547)
   LAW OFFICES OF NEIL L. SHAPIRO
2  2100 Garden Road, Suite C
   Monterey, California  93940
3  Telephone:    (831) 372-3700
   Facsimile:    (831) 372-3701
4  nshapiro@nshapiro.com

Attorneys for Defendant

FREEDOM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FREEDOM, LLC, a California Limited Liability Company, and DOES ONE to FIFTY, inclusive,<br><br>　　　　Defendants. | **Case No.  CV 12-3641 TEH**<br><br>**STIPULATION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

　　　　WHEREAS, Jason Singleton, counsel for plaintiff Marcy Velasquez, maintains his offices in Eureka, California, which is approximately 270 miles from the Courthouse; and

　　　　WHEREAS, Neil Shapiro, counsel for defendant Freedom, LLC, maintains his offices in Monterey, California, approximately 125 miles from the Courthouse;

　　　　IT IS HEREBY STIPULATED by and between the parties to the above-captioned matter through their respective counsel of record that both parties may appear at the Case Management Conference now scheduled for 1:30 p.m. on October 21, 2013, by telephone.

| | |
|---|---|
| Dated:  September 10, 2013 | JASON K. SINGLETON<br>SINGLETON LAW GROUP |
| | By_____/s/_____<br>       Attorneys for Plaintiff<br>       MARCY VELASQUEZ |
| Dated:  September 10, 2013 | NEIL L. SHAPIRO<br>LAW OFFICES OF NEIL L. SHAPIRO |
| | By_____/s/_____<br>       Attorneys for Defendant<br>       FREEDOM, LLC |

IT IS SO ORDERED

Dated:  September 16, 2013

_____
Judge Thelton E. Henderson

2

STIPULATION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE
Case No. CV 12-3641 TEH