NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California 93940
Telephone: (831) 372-3700
Facsimile: (831) 372-3701
nshapiro@nshapiro.com

Attorneys for Defendant
FREEDOM, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FREEDOM, LLC, a California Limited Liability Company, and DOES ONE to FIFTY, inclusive,<br><br>　　　　Defendants. | **Case No. CV 12-3641 TEH**<br><br>**[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL** |

Upon Administrative Motion, and for good cause shown,

IT IS HEREBY ORDERED that James S. Link, Baraban & Teske, 215 N. Marengo Ave., Third Floor, Pasadena, CA 91101-1569, Telephone: (626) 440-9882, Facsimile: (626) 440-9393, email: james.s.link@att.net, is substituted as counsel of record for defendant Freedom, LLC, in place of Neil L. Shapiro, Law Offices of Neil L. Shapiro.

Dated: November 7, 2013

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　United States District Judge

---

[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL
Case No. CV 12-3641 TEH