1  **Jason K. Singleton,** State Bar #166170
   jason@singletonlawgroup.com
2  **SINGLETON LAW GROUP**
   **611 "L" Street, Suite A**
3  **Eureka, CA 95501**

4  **(707) 441-1177**
   **FAX 441-1533**
5

6  **Attorney for Plaintiff, MARCY VELASQUEZ**

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCY VELASQUEZ,** | Case No. 12-CV-3641 TEH |
| **Plaintiff,** | **NOTICE OF SETTLEMENT** |
| **v.** | |
| **FREEDOM, LLC, a California Limited Liability Company, and DOES ONE to FIFTY, inclusive,** | |
| **Defendants.** | |

Please take notice the parties in the above captioned matter have reached a settlement. Counsel for the parties are now preparing a settlement agreement to be approved and executed by the parties hereto. Counsel anticipate being able to submit a Request for Dismissal of the within action to the Court for order within thirty (30) days and request the Settlement Conference scheduled for February 4, 2014, be taken off the Court's calendar.

**SINGLETON LAW GROUP**

Dated:        January 22, 2014         /s/ Jason K. Singleton
                                        Jason K. Singleton, Attorney for
                                        Plaintiff, **MARCY VELASQUEZ**

NOTICE OF SETTLEMENT                   1                        12-CV-3641 TEH